# United States District Court

## District of the Northern Mariana Islands

Parmila Pariyar

        Plaintiff

V.

HongKong Entertaiment (Overseas)Invesment, INC. dba Tinian Dynasty Hotel & Casino

        Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: CV 08-0026

FILED
Clerk
District Court
JUN - 5 2008
For The Northern Mariana Islands
By_____
    (Deputy Clerk)

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

    [X] The clerk is directed to file the complaint.

    [X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this __5TH__ day of __JUNE__, __2008__.

_____
Signature of Judicial Officer

__JUDGE__
Name and Title of Judicial Officer

**RECEIVED**
JUN - 5 2008
Clerk
District Court
The Northern Mariana Islands

ORIGINAL